UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*FILED IN CLERK'S OFFICE
2004 JAN 21 A 11:52
DISTRICT COURT
DISTRICT OF MASS.*

FREDERIC BERTHOFF,  )
   Petitioner,  )
                         )
    v.                 )  NO.
                         )  [FORMER NO. CIV.A.97-10883-Y
UNITED STATES OF AMERICA.  )  Indictment No. 93-CR-30008-WGY]

## AFFIDAVIT OF FREDERIC BERTHOFF

I, Frederic Berthoff, do attest and certify under oath as follows:

1. That I am the Petitioner in the matter of **Frederic Berthoff's Omnibus Petition for Relief and Request for Hearing**;

2. That I am in the eleventh year of a twenty-one year committed sentence handed down by this Court, and am currently placed at the Federal Correctional Institution, Elkton, Post Office Box 10, Lisbon, Ohio 44432;

3. That along with my Petition has been filed a Motion to Proceed in Forma Pauperis;

4. That I do not have, nor will I have, the means to pay an Attorney to prosecute my Petition, that my present Counsel has advised me and prepared my Petition on an entirely pro bono basis;

5. That I do not have the means to pay any docketing fees which may be associated with the filing of this Petititon;

6. That I am not married;

7. That I do not have any income and have had no income for approximately eleven years; ✓ (with the exception of monthly prison wages, which have averaged about $25 per month)


*amended FB*

amended (F.B.)

8. That I am not employed and have not been employed for approximately eleven years;
   ✓ (with the exception of prison job assignments)

amended (F.B.)

✓ 9. That I have no ~~xxxx~~ property or other assets; my cash assets total less than $250;

10. That there are no debts owed to me;

amended (F.B.)

✓ 11. That I have no expenses other than mailing costs and other minor expenses.* To the extent that they are able, my parents help me with these;    ( * plus scheduled fine payments to the court)

12. That I have not been paying, and will not pay, an Attorney for services in connection with this Petition;

13. That I have not paid, nor will I pay, any non-lawyer for services in connection with this Petition;

14. That the issues raised in my Petition are:

   A. This Court's reasons for sentencing me neither supported nor justified the sentence within the sentencing range established by the United States Sentencing Guidelines;

   B. My sentence was unconstitutionally disparate within the Guidelines range when compared to the sentences of my co-defendants and others similarly situated; and

   C. My sentence was unconstitutionally disparate from the sentences of those of my co-defendants in any event.

SUBSCRIBED AND SWORN, under the pains and penalties of perjury, this 13th day of January, 2004:

*[signature]*
FREDERIC BERTHOFF

"AUTHORIZED BY THE ACT OF JULY 27, 1955, TO ADMINISTER OATHS (18 USC 4004)".

*[signature]*
CORRECTIONAL TREATMENT SPECIALIST

1-13-2004
DATE

## CERTIFICATE OF SERVICE

I, Martin D, Boudreau, Counsel to Petitioner Frederic Berthoff in the foregoing-captioned matter, certify that I have served a copy of the within **Affidavit of Frederic Berthoff** [in support of his **Frederic Berthoff's Motion to Proceed in Forma Pauperis**] upon the Government by mailing same, first class postage prepaid, to

> Kevin O'Regan. Chief
> United States Attorney's Field Office
> Federal Building & Courthouse, Room 310
> 1550 Main Street
> Springfield, Massachusetts  01103,

this 18th day of January, 2004:

_____
MARTIN D. BOUDREAU