UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04CV10170-WGY

FREDERIC BERTHOFF
Petitioner

v.

UNITED STATES OF AMERICA
Respondent

## ORDER

YOUNG, C.J.

    Pursuant to Rule 4(b) of the Rules Governing Section 2255 cases, the Clerk of this Court is hereby ordered to serve a copy of the Motion to Vacate, Set Aside, or Correct Sentence by a Person In Federal Custody upon the office of the United States Attorney.
    It is further ordered that the Respondent shall, within 20 days of the receipt of this Order, file and answer (or other proper responsive pleading) to the Motion to Vacate, Set Aside or Correct Sentence.

By the Court,

/s/ Marie Bell
Deputy Clerk

January 28, 2004