UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-10170-WGY</u>

**FREDERIC BERTHOFF**
Plaintiff

v.

**UNITED STATES OF AMERICA**
Defendant

## NOTICE OF DEFAULT

Upon Order of The Court the United States is Defaulted for failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on February 26, 2004.

Tony Anastas,
Clerk

By: /s/ Marie Bell
Deputy Clerk

Notice mailed to counsel of record and defendants.