AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FREDERIC W. BERTHOFF,

    Petitioner.

v.

UNITED STATES OF AMERICA,

    Respondent.

**APPEARANCE**

Case Number: CA-04-10170-WGY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for United States of America, Respondent.

~~I am a member of the Bar of this Court~~

March 15, 2004
Date

Signature: /s/ Kevin O'Regan

Kevin O'Regan
Print Name

Admitted in New York
Bar Number

U.S. Attorney's Office, 1550 Main Street, Ste. 310
Address

Springfield, MA 01103
City    State    Zip Code

(413) 785-0142    (413) 785-0394
                                      Fax Number