```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


FREDERIC W. BERTHOFF,          )
        Petitioner,            )
                               )
    v.                         )    Civil Action No. 04-10170-WGY
                               )
                               )
UNITED STATES OF AMERICA,      )
        Respondent.            )
```

### Government's Motion to Extend Time

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that the Court extend the time for the government to respond to Frederic Berthoff's second habeas corpus petition for two weeks.

In support of this motion, the government states as follows:

1. The government's response to Frederic Berthoff's second habeas corpus petition, which was filed pursuant to 28 U.S.C. § 2255, is due today, March 15, 2004.

2. The Assistant U.S. Attorney responsible for the <u>Berthoff</u> case has been working on the government's response but has not completed it.

3. Mr. Berthoff's criminal case is over ten year's old. Appeals of his conviction and this Court's denial of his previous 2255 petition were denied by the First Circuit. Mr. Berthoff's current 2255 petition is lengthy and raises additional issues to

which the government must respond.  The extra time being sought for the government to respond to the petition will not prejudice Mr. Berthoff.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                              By:  /s/ Kevin O'Regan
                                   Kevin O'Regan
                                   Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

March 15, 2004

I hereby certify that I have served a courtesy copy of the foregoing by mail on Martin D. Boudreau, 487 Adams Street, Milton, MA, 02186.

                                            /s/ Kevin O'Regan
                                            Kevin O'Regan
                                            Assistant U.S. Attorney